IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENTAL WIZARD G PC, et al.   :   CIVIL ACTION
                             :
         v.                  :
                             :
YEFIM ARANBAYEV, et al.      :   NO. 18-3002
                             :

ORDER

AND NOW, this 30th day of November, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendants to dismiss the amended complaint (Doc. # 15) is GRANTED in part and DENIED in part as follows:

(1) Counts I, III, VI, VIII, IX, X, and XI are DISMISSED from this action;

(2) Count VII is DISMISSED as to defendants Dental Empire, Inc. and Artur Martirosyan; and

(3) the motion to dismiss is otherwise DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                      J.